IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              No. 4:19-cr-391-DPM

KEOKI ASTRONOMO                                                   DEFENDANT

ORDER

Motion to dismiss, *Doc. 2*, granted. The Information against Keoki Astronomo is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 November 2020